7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCIEN GARICA,<br><br>             Plaintiff,<br><br>     v.<br><br>KATHLEEN ALLISON, *et al.*,<br><br>             Defendants. | Case No.  2:22-cv-01068-TLN-JDP (PC)<br><br>ORDER DIRECTING MR. GARCIA TO SUBMIT A COMPLAINT AND EITHER THE FILING FEE OR AN APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>ECF Nos. 2, 4, & 7 |

Michael Lucien Garcia is a state prisoner without counsel.  This action was opened when he submitted to the court a letter explaining that he wishes to file an action under 42 U.S.C. § 1983.  ECF No. 1.  Mr. Garcia has not properly commenced a civil action.

To commence a civil action, a party is required to file a complaint and either pay the $402.00 filing fee or file an application to proceed *in forma pauperis*.  *See* Fed. R. Civ. P. 3; 28 U.S.C. §§ 1914(a), 1915(a).  The court will not issue any orders granting or denying relief until an action has been properly commenced.  The court, however, will afford Mr. Garcia an opportunity to file a signed complaint and to either submit the filing fee or file an application to proceed *in forma pauperis*.[1]  Once Mr. Garcia submits a complaint and either pays the filing fee

---

[1] Mr. Garcia filed an application to proceed i*n forma pauperis*, but he did not use this district's form.  *See* ECF No. 2.  Accordingly, his application is denied without prejudice, and he directed to submit an application on the appropriate form.

or files an application to proceed *in forma pauperis*, the court will screen the complaint. If the complaint states a cognizable claim, the court will direct service of the summons and complaint on defendants.[2]

Accordingly, it is hereby ORDERED that:

1. Mr. Garcia's motion to proceed *in forma pauperis*, ECF No. 2, is denied without prejudice, and his motion for clarification, ECF No. 7, is denied as moot.

2. The Clerk of Court shall send Mr. Garcia the court's form for filing a civil rights action and a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Mr. Garcia shall submit, within thirty days, a complaint that states the grounds for relief.

4. Within thirty days of the date of this order, Mr. Garcia shall either pay the $402 filing fee or submit an application to proceed *in forma pauperis*.

5. Failure to comply with this order can result in this case being closed.

IT IS SO ORDERED.

Dated:   July 14, 2022                                    _____
                                                         JEREMY D. PETERSON
                                                         UNITED STATES MAGISTRATE JUDGE

---

[2] Mr. Garcia has also filed a motion for clarification and a motion for appointment of counsel. ECF Nos. 4 & 7. In his motion for clarification, he asks for information about serving process. In light of this order, that motion will be denied as moot. Further, the court will defer consideration of the motion for counsel until after Mr. Garcia properly commences an action.

2