UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCIEN GARICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KATHLEEN ALLISON, *et al.*,<br><br>  Defendants. | Case No. 2:22-cv-01068-TLN-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE A SIGNED COMPLAINT |

Plaintiff commenced this action when he filed a letter with the court explaining that he wished to file an action under 42 U.S.C § 1983. ECF No. 1. On July 15, 2022, the court informed plaintiff that he had not properly commenced a civil action and granted him thirty days to file a complaint. ECF No. 8. Plaintiff timely filed a complaint but did not sign it. ECF No. 10.

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

The court cannot conduct the required screening of plaintiff's complaint because he has

1

not signed it.  *See* ECF No. 10.  Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented."  Fed. R. Civ. P. 11(a).  The complaint, ECF No. 10, therefore must be disregarded.  Within thirty days, plaintiff may file a properly signed complaint.  *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court.").  Failure to do so may result in dismissal of this case.

        Accordingly, it is hereby ORDERED that:

        1.  Plaintiff's unsigned complaint, ECF No. 10, is disregarded.

        2.  The Clerk of Court is directed to send plaintiff a form complaint.

        3.  Within thirty days of the date of this order, plaintiff shall submit a signed complaint.

        4.  Failure to comply with this order may result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated:    August 22, 2022

        JEREMY D. PETERSON
        UNITED STATES MAGISTRATE JUDGE