UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCIEN GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, *et al.*,<br><br>Defendants. | Case No.  2:22-cv-01068-TLN-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

On November 14, 2022, I screened plaintiff's complaint and notified him that it alleged cognizable excessive force and retaliation claims against defendant Kurgan. I notified him that its other claims were not viable. ECF No. 19. I gave plaintiff thirty days either to file an amended complaint or to advise the court if he wished to stand by his current complaint and proceed only with his excessive force and retaliation claims against defendant Kurgan. *Id.* at 6. To date, plaintiff has filed neither an amended complaint nor a notice of election to proceed on the cognizable claims.

To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer

justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

      Plaintiff will be given a chance to explain why the court should not dismiss the case for his failure to file an amended complaint or notice of election to proceed on the cognizable claims. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed.  Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with court orders.  Should plaintiff wish to continue with this lawsuit, he shall file, within twenty-one days, an amended complaint or advise if he wishes to proceed only with his excessive force and retaliation claims against defendant Kurgan.

IT IS SO ORDERED.

Dated:   January 20, 2023

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE