UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCIEN GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01068-TLN-JDP (PC)<br><br>ORDER |

On November 14, 2022, I screened plaintiff's complaint and notified him that it alleged cognizable excessive force and retaliation claims against defendant Kurgan. ECF No. 19. I notified him that his other claims were not cognizable and granted him the opportunity to either file an amended complaint or an election to proceed on the cognizable claims. *Id.*

After plaintiff failed to respond to several court orders, I recommended that this action be dismissed for failure to prosecute and failure to comply with court orders. ECF No. 23. I granted plaintiff fourteen days to file objections. *Id.* While plaintiff did not file objections, he did file a motion to stay this case.[1] ECF No. 24. In the motion, he states that has been hospitalized and has limited access to his property. Considering plaintiff's filing and his status as a pro se party, I will

---

[1] Plaintiff filed a motion styled as a motion to stay seeking additional time to respond to court orders. I will construe that as a motion for an extension of time.

1

grant him a final opportunity to either file an amended complaint or a notice to proceed on the cognizable excessive force and retaliation claims against defendant Kurgan.  Should he fail to comply with this order, the April 5, 2023 findings and recommendations will be submitted to the district judge for consideration.

Accordingly, it is hereby ORDERED that:

1. The April 5, 2023 findings and recommendations, ECF No. 23, are held in abeyance.

2. Plaintiff's motion to stay, construed as a motion for an extension of time, ECF No. 24, is granted.

3. Plaintiff shall file an amended complaint or notice of election to proceed on the cognizable claims within thirty days of the date of this order.

4. Should plaintiff fail to comply with this order, the April 5, 2023 findings and recommendations will be submitted to the district judge for consideration.

IT IS SO ORDERED.

Dated:    June 14, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2