UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Lucien Garcia,<br><br>                Plaintiff,<br><br>   v.<br><br>C. Kurgan,<br><br>                Defendant. | No. 2:22-cv-01051-KJM-CKD |
| Michael Lucien Garcia,<br><br>                Plaintiff,<br><br>   v.<br><br>C. Kurgan,<br><br>                Defendant. | No. 2:22-cv-01068-TLN-JDP |
| Michael Lucien Garcia,<br><br>                Plaintiff,<br><br>   v.<br><br>Lynch, et al.,<br><br>                Defendants. | No. 2:23-cv-00737-DB<br><br>RELATED CASES ORDER |

1    Examination of the above-captioned actions reveals that they are related within the
2    meaning of the Local Rules. "[A]ctions involve similar questions of fact and the same question
3    of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial
4    savings of judicial effort." Local Rule 123(a)(3). The assignment of these matters to the same
5    judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for
6    the parties.
7    The parties should be aware that relating cases under Rule 123 causes the actions to be
8    assigned to the same judge—it does not consolidate the actions. Under Rule 123, related cases
9    are generally assigned to the judge and magistrate judge to whom the first filed action was
10   assigned.
11   As a result, it is hereby ORDERED that Case No. 2:22-cv-01068-TLN-JDP is reassigned
12   from District Judge Troy L. Nunley to the undersigned and from Magistrate Judge Jeremy D.
13   Peterson to Magistrate Judge Carolyn K. Delaney. The caption on documents filed in the
14   reassigned case shall show Case No. 2:22-cv-01068-KJM-CKD. Further, it is ORDERED that
15   Case No. 2:23-cv-00737-DB is reassigned from Magistrate Judge Deborah Barnes to the
16   undersigned and Magistrate Judge Carolyn K. Delaney. The caption on documents filed in the
17   reassigned case shall show Case No. 2:23-cv-00737-KJM-CKD.
18   It is further ORDERED that the Clerk of the Court make appropriate adjustment in the
19   assignment of civil cases to compensate for this reassignment.
20   IT IS SO ORDERED.
21   DATED: November 7, 2023.

CHIEF UNITED STATES DISTRICT JUDGE