UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LUCIEN GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>KATHLEEN ALLISON, et al.,<br><br>  Defendants. | No.  2:22-cv-1068 DC CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  On September 15, 2025, in 2:22-cv-1051 DC CKD P, the court granted defendant Kurgan, the only defendant remaining in this action, summary judgment on plaintiff's remaining claims in that action.  The court found that plaintiff failed to exhaust available administrative remedies as he is required to do under 42 U.S.C. § 1997(e)(a).   ECF Nos. 63 & 67.  The claims that remain in this action--one for excessive force arising under the Eighth Amendment and one arising under the First Amendment for retaliation for protected speech--arise from the same interaction between plaintiff and defendant Kurgan on August 6, 2021 underlying the dismissed claims in 2:22-cv-1051 DC CKD P.  Because defendant has already shown that plaintiff failed to exhaust available administrative remedies with respect to any claim arising from that interaction, the claims remaining in this action must be dismissed.

/////

Accordingly, IT IS HEREBY RECOMMENDED that

1. Plaintiff's remaining claims be dismissed for failure to exhaust available administrative remedies prior to filing suit; and
2. This case be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 31, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
garc1068fte