UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LUCIEN GARCIA,

Plaintiff,

v.

KATHLEEN ALLISON, et al.,

Defendants.

No. 2:22-cv-01068-DC-CKD (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 39)

Plaintiff Michael Lucien Garcia, a state prisoner proceeding *pro se* and *in forma pauperis* filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 31, 2025, the magistrate judge filed findings and recommendations recommending Plaintiff's remaining claims against Defendant C. Kurgan be dismissed for failure to exhaust available administrative remedies prior to filing suit. (Doc. No. 39.) The findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen (14) days. (*Id*. at 2.) Neither party has filed objections to the findings and recommendations and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on October 31, 2025 (Doc. No. 39) are ADOPTED in full;

2. Plaintiff's remaining claims against Defendant C. Kurgan are dismissed for failure to exhaust available administrative remedies prior to filing suit; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **January 28, 2026**

Dena Coggins
United States District Judge

2